# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-1473**                          **September Term, 2000**

National Association of Manufacturers,          Filed On: May 3, 2001 [593556]
        Petitioner

     v.

Occupational Safety & Health Administration and
Secretary of Labor,
        Respondents

_____

United States Telecom Association, et al.,
        Intervenors

_____

Consolidated with 00-1477, 00-1490, 00-1493,
00-1504, 00-1519, 00-1520, 00-1522, 00-1526,
00-1531, 00-1537, 00-1539, 00-1547, 00-1549,
01-1003, 01-1009, 01-1010, 01-1011, 01-1012,
01-1013, 01-1014, 01-1015, 01-1016, 01-1018,
01-1019, 01-1025, 01-1116, 01-1125, 01-1160

**O R D E R**

Upon consideration of respondent's motion to dismiss these consolidated petitions as moot, the response thereto, the motion for leave to file out of time a motion to dismiss No. 01-1019, the lodged motion to dismiss No. 01-1019, the remaining motions to dismiss, and the lack of any opposition to the motions to dismiss, it is

**ORDERED** that the motion for leave to file out of time a motion to dismiss No. 01-1019 be granted. The Clerk is directed to file the lodged motion to dismiss. It is

**FURTHER ORDERED** that the motions to dismiss be granted, and that these consolidated petitions be dismissed as moot.

The Clerk is direct to issue forthwith to the agency a certified copy of this order in lieu of formal mandate.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                                         BY:

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-1473**                                                    **September Term, 2000**

Deputy Clerk/LD